UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| MICHAEL BRANDON ADAMS, | ) | | |
| | ) | | |
| *Plaintiff*, | ) | | |
| | ) | | |
| v. | ) | No. | 3:11-cv-599 |
| | ) | | *Phillips* |
| | ) | | |
| DAVID OSBORNE, GARRY MURRAY, | ) | | |
| JEFF NANCE, RUSTY HALL, | ) | | |
| DEAN HALL, TIM HEARNS, | ) | | |
| and TOM HOGAN, | ) | | |
| | ) | | |
| *Defendants*. | ) | | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the motion to dismiss filed by defendants Garry Murray, Jeff Nance, Rusty Hall, Dean Hall, Tim Hearns, and Tom Hogan is **GRANTED**, the matter is **DISMISSED** as to defendant David Osborne, and this action is **DISMISSED IN ITS ENTIRETY**.

**ENTER:**

                                                          s/ Thomas W. Phillips
                                                     United States District Judge

ENTERED AS A JUDGMENT
    s/ *Debra C. Poplin*
    CLERK OF COURT